United States District Court
Southern District of Texas
**ENTERED**
April 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **VEM VIM YENOVKIAN; S.Y., a minor child; and B.Y., a minor child,** § § § | |
| **Plaintiffs,** § § | |
| v. § § | Civil Action No. 6:21-CV-00038 |
| **JASMINE AKBARALI; FREYA KRISTJANSON; PRIME MINISTER TRUDEAU; THE CROWN OF CANADA; and THE TORONTO METRO POLICE,** § § § § § § | |
| **Defendants.** § | |

## ORDER ACCEPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court is the March 8, 2022 Memorandum and Recommendation ("M&R") signed by Magistrate Judge Julie K. Hampton. (Dkt. No. 11). In the M&R, Magistrate Judge Hampton *sua sponte* recommends dismissal of *pro se* Plaintiff Vem Vim Yenovkian's case under Federal Rule of Civil Procedure 41(b).[1] Yenovkian is purportedly proceeding on behalf of himself and two minor children.

On August 18, 2021, Magistrate Judge Hampton directed Yenovkian to file an amended complaint. (Dkt. No. 3). She later extended the deadline to file an amended complaint to January 31, 2022. (Dkt. No. 9). Magistrate Judge Hampton warned that failure to comply may result in dismissal. (*Id.*). After Yenovkian failed to file an amended

---

[1]   Federal Rule of Civil Procedure 41(b) provides in relevant part: "If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." A district court may *sua sponte* dismiss a case under Rule 41(b). *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440 (5th Cir. 2016).

complaint, Judge Hampton issued a show cause order. (Dkt. No. 10). Yenovkian was ordered to show cause no later than February 28, 2022. (*Id.*). Yenovkian did not respond. The M&R followed.

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).

No plain error appears. Accordingly, the Court **ACCEPTS** the M&R as the Court's Memorandum Opinion and Order. The Court **DISMISSES WITHOUT PREJUDICE** this case under Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

Signed on April 4, 2022.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**